ACCEPTED
141400967cv
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
2/6/2015 1:43:58 PM
CHRISTOPHER PRIN
CLERK

## CAUSE NO. 14-14-00967-CV

### IN THE COURT OF APPEALS
### FOR THE FOURTEENTH SUPREME JUDICIAL DISTRICT
### OF TEXAS HOUSTON

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
2/6/2015 1:43:58 PM
CHRISTOPHER A. PRINE
Clerk

### RUFINA GUTIERREZ,

**Appellant,**

### VS.

### TEXAS DEPARTMENT OF FAMILY
### AND PROTECTIVE SERVICES,

**Appellee.**

### On Appeal From Cause No. 2014-09515
### In the 315TH Judicial District
### of Harris County, Texas

### MOTION FOR EXTENSION OF TIME TO FILE
### GUITIERREZ'S BRIEF

1.  The Appellant, Rufina Gutierrez, requests that the deadline for filing her brief be extended for thirty days (until, March 8, 2015).[1]

2.  On November 20, 2014, the 315th Judicial District Court granted the Texas Department of Family and Protective Services' Motion to Dismiss for Lack of Jurisdiction and Amicus Attorney's Motion to Strike Pleadings and thereby struck down Rufina Gutierrez' pleadings and Original Petition for Adoption of a Child.[2]

3.  On December 1, 2014, Rufina Gutierrez, through her counsel, Julie A. Ketterman, filed a Notice of Appeal.

---

[1] *See* TEX. R. APP. P. 10.5(b) & 38.6(d).
[2] Reporter's Record p. 40.

4. Gutierrez's brief is due on February 10, 2014.

5. This is Gutierrez's first request for an extension.

6. Good cause exists for the extension.

7. Counsel is currently heavily involved in the following matters since Rufina Gutierrez's recent notice of appeal:

   a. *Thetford v. Prince*, Cause No. 2002-54319 in the 257th Civil District Court in Harris County, Texas. This is a pro bono case involving a Child Protective Services. Much time has been spent prepping the client for trial, reviewing discovery, communicating with opposing counsel, and actually going to trial. The trial was held on January 13, 2015 and January 20, 2015.

   b. *Hunter v. Ketterman*, Cause No. 2012-9409 in the 334th Civil District Court in Harris County Texas. This is a personal case of counsel. Much time has been spent reviewing discovery, consulting with experts, coordinating investigations, preparing for trial and actually going to trial. The trial started on January 26, 2015 and lasted until January 29, 2015. There have also been extensive thoughts as to how to proceed pending the judgment.

   c. Counsel's daughter was hospitalized at Texas Children's Hospital on February 1, 2015 until February 5, 2015. Counsel has been by her daughter's side throughout the entire duration of the stay because counsel is the primary health care decision maker.

8. Due to counsel's involvement in these matters, she has been unable to

adequately research and prepare Gutierrez's brief.

9. Counsel is also seeking an extension of time to file Gutierrez's brief due to her missing the clerk's record. Counsel recently acquired the clerk's record from the 14th Court of Appeals on February 5, 2015. The clerk's record was only filed on January 21, 2015, but counsel, as stated above, has been heavily involved in other matters.

10. This motion is not sought for purposes of delay.

11. Rufina Gutierrez requests that the deadline for filing her brief be extended until March 12, 2015.

12. Rufina Gutierrez asks for any further relief that she may be justly entitled to receive.

Respectfully submitted,

KETTERMAN, HEDLESTEN, & AMANN, PLLC

By:_____
JULIE A. KETTERMAN
Texas Bar No. 24013722
Ketterman, Hedlesten, & Amann, PLLC
1004 Prairie, Suite 300
Houston, Texas 77002
713.652.2003
713.652.2002 (Facsimile)

## CERTIFICATE OF SERVICE

A copy of this Motion for Extension of Time to File Gutierrez's Brief was sent to

the following party(ies) by the means indicated on February 6, 2014:

*Facsimile:* 512-276-3000

Texas Department of Family and Protective Services
2525 Murworth Drive
Mail Code 362-2
Houston, TX 77054
Phone: 713-394-4010
Fax: 512-276-3000
Email: kali.morgan@dfps.state.tx.us

_____
JULIE A. KETTERMAN